UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

### Oakland Division

| | |
|---|---|
| DEY, L.P., *et al.*, | No. MC 12-80078 CRB (LB) |
| Plaintiffs, | **NOTICE OF REFERRAL AND ORDER SETTING HEARING** |
| v. | |
| SUNOVION PHARMACEUTICALS, INC., | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

On March 19, 2012, the district court referred all discovery, including non-party Michael Joyce's motion to quash filed at ECF No. 1, to United States Magistrate Judge Laurel Beeler. Referral Order, ECF No 7 at 1. The motion to quash deals with a deposition noticed for March 30, 2012. . By stipulation, the parties requested an abbreviated briefing schedule. ECF No. 5 at 3. The papers have been filed.

The court, however, utilizes an alternative mechanism for discovery disputes. Taking into account the timing issues involved, the court **ORDERS** counsel for the parties to meet and confer in person or by telephone if an in-person meeting is not feasible and to submit a joint letter of no more than five pages summarizing the parties' respective positions by close of business on Monday, March 26, 2012.

The court will conduct a telephonic hearing on the matter at 10:45 a.m. on Thursday, March 29, 2012. The parties shall contact courtroom deputy Lashanda Scott at 415-522-3140 to provide her

C 12-80078 CRB (LB)
NOTICE OF REFERRAL AND ORDER

1 | with their direct-dial telephone numbers. The court will initiate the conference call.

2 | **IT IS SO ORDERED.**

Dated: March 26, 2012

_____
LAUREL BEELER
United States Magistrate Judge