UNITED STATES DISTRICT COURT

Northern District of California

San Francisco

| | |
|---|---|
| DEY, L.P., ET. AL., | No. C 12-mc-80078 CRB (LB) |
| Plaintiff(s), | ORDER |
| v. | |
| SUNOVION PHARMACEUTICALS, INC., | |
| Defendant(s). | |

For the reasons discussed on the record on March 29, 2012, the court grants the motion to file the parties' joint discovery letter under seal.  *See* N.D. Cal. Civil Local Rule 79-5.  The parties are directed to file the redacted version (which redacts only a couple of sentences) as part of the public record by close of business on March 29, 2012.

**IT IS SO ORDERED.**

Dated: March 29, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 12-mc-80078CRB (LB)